No. 89–73. JAFFEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–75. PARRILLO *v.* PARRILLO. Sup. Ct. R. I. Certiorari denied.

No. 89–127. CASTIGLIONE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–175. EVANS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–179. TOWN OF BEECH MOUNTAIN, NORTH CAROLINA, ET AL. *v.* COUNTY OF WATAUGA, NORTH CAROLINA, ET AL. Sup. Ct. N. C. Certiorari denied.

No. 89–196. RAILROAD COMMISSION OF TEXAS *v.* FEDERAL ENERGY REGULATORY COMMISSION; and
No. 89–394. WALKER OPERATING CORP. ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. 10th Cir. Certiorari denied. Reported below: 874 F. 2d 1320.

No. 89–237. PAYNE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 89–246. SQUITTIERI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–264. DURHAM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–274. GREENLEAF MOTOR EXPRESS, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 89–283. AMY TRAVEL SERVICES, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 89–329. NATIONAL TOOL & MANUFACTURING CO., INC. *v.* LEPORE. Sup. Ct. N. J. Certiorari denied.

No. 89–342. SHERMAN *v.* NISSAN MOTOR CORP. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.